UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; LAFACE RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and WARNER BROS. RECORDS INC., a Delaware corporation,

          Plaintiffs,

v.

CHIWUEZE WALTER CHUKWU,

          Defendant.

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Case No.: 3:08-cv-00695-TJM-DEP

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs BMG MUSIC, *et al.*, by and through their attorneys, voluntarily dismiss this case without prejudice, each party to bear its/his own fees and costs. The Clerk of Court is respectfully requested to close this case.

**LECLAIR KORONA GIORDANO COLE LLP**
Attorneys for Plaintiffs

Dated: February 13, 2009

By:  /s/Steven E. Cole
Steven E. Cole, Esq.
Bar No. 301499
Attorneys for Plaintiffs
150 State Street, Suite 300
Rochester, New York 14614-1353
Telephone: (585) 327-4100
Fax: (585) 327-4200
E-mail: scole@leclairkorona.com

SO ORDERED

/s/ David E. Peebles
David E. Peebles
U.S. Magistrate Judge
Dated: 2/13/09
Syracuse, New York

1